

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR188 |
| Plaintiff, | ) ) ) | **ORDER OF RELEASE** |
| v. | ) ) | |
| CLINTON SHELLY, | ) ) | |
| Defendant. | ) | |

THE COURT grants the Defendant's motion for Temporary Release (filing no. 20) for the purposes of attending his brother's funeral. The United States Marshals Office is directed to contact the Douglas County Correctional Center to have Mr. Shelly released at 9:00 a.m. on August 9, 2005. The Defendant is ordered to return to the Douglas County Correctional Center no later than 6:00 p.m. on the same day, August 9, 2005.

IT IS FURTHER ORDERED that Mr. Shelly be released to his brother, James Shelly, who will then return him to the Douglas County Correctional Center.

IT IS SO ORDERED.

BY THE COURT:

8/8/05
Date

HON. JOSEPH BATAILLON
Chief Judge, United States District Court