IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR188 |
| v. | ) | |
| CLINTON H. SHELLY, | ) | ORDER |
| Defendant. | ) | |

Before the court is defendant's Motion to Extend Time in Which to File Motions Per Paragraph 6 of the Order on Sentencing Schedule, Filing No. 26.

IT IS ORDERED that defendant is granted an extension until September 20, 2005, in which to file his motions pursuant to ¶ 6 of the Order on Sentencing Schedule.

DATED this 7th day of September, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge