IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR188 |
| v. | ) | |
| CLINTON H. SHELLY, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that, pursuant to defendant's phone conference with my chambers on this date, the defendant's pro se Notice of Motion for early release is denied as moot.

DATED this 12th day of December, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge